UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:  CASE NUMBER: 21-31649
NEIL DEAN ANDERSON  CHAPTER 13
Debtor

### SPECIAL ORDER CONFIRMING CHAPTER 13 PLAN

At South Bend, Indiana on

On December 14, 2021, Neil Anderson, by counsel, filed the Chapter 13 Plan ("Plan").

Based on the certificate of service filed with the Plan, the Court finds that the Trustee timely served a copy of the Plan and a copy of this Court's Order fixing the last date to object to confirmation upon all creditors and parties in interest listed on the matrix.

Trustee Debra L. Miller was the only party in interest who timely filed an objection to confirmation of the Debtor's Plan. On March 3, 2022, the Court held a hearing on confirmation of the Plan at which time Debra L. Miller, Trustee, advised the Court of an agreement that had been reached with the Debtor, thereby satisfying the Trustee's objections to confirmation.

Reviewing the Debtor's Plan and the terms of the parties' agreements, the Court concludes that the Plan, as modified, complies with all of the requirements of 11 U.S.C. §1325. The Court therefore confirms the Plan, as modified to provide that:

1. All priority claims will be paid as allowed unless otherwise defeated.

2. All property will remain vested in the estate until dismissal, discharge, or further Order from the Court.

3. In order to meet the best interests of creditors test, debtor shall pay all unsecured claims a pro rata minimum distribution of $7909.61 plus 95% of the 2021 nonexempt tax refunds.

21-31649 Anderson
Confirmation Order

4. Debtor will provide their attorney and the Trustee a copy of the federal and state tax returns required under applicable law at the same time they file the return with the taxing authority to comply with 11 U.S.C. § 521(f)(1) and turn over the refunds due under the confirmed plan within 14 days of receipt of the refund.

5. Debtor's payment shall increase to $602.00 per month for the remainder of the plan term. The plan base shall be adjusted accordingly.

All other provisions of the Debtor's Plan not in conflict with the foregoing modifications remain in full force and effect.

The Court further orders that the Debtor's attorney is awarded a fee of $4,000.00 as an administrative expense under 11 U.S.C §503(b)(1)(A), of which $4,000.00 is due and payable from the estate.

APPROVED:

| /s/Katherine E. Iskin | /s/Anita Gloyeski |
|---|---|
| Katherine E. Iskin (33679-71), | Gloyeski Law Office |
| Staff Attorney for Debra L. Miller | 119 E. Center St. #B1 |
| PO Box 11550 | Warsaw, IN 46580 |
| South Bend, IN 46634 | (574) 268-2900 |
| (574) 254-1313 | |

SO ORDERED.

_____
HON. PAUL E. SINGLETON, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT