United States Bankruptcy Court
Northern District of Indiana

In re:                                                                          Case No. 21-31649-pes
Neil Dean Anderson                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0755-3                        User: admin                                    Page 1 of 3
Date Rcvd: Mar 25, 2022                     Form ID: pdf004                         Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Neil Dean Anderson, 170 Stitt Street, Wabash, IN 46992-1726 |
| 15356539 | + | AMERICAN HEALTH NETWORK, 2300 DUBOIS DRIVE, WARSAW, IN 46580-3213 |
| 15338000 | + | AMERICAN HEALTH NETWORK, 276 MANCHESTER AVENUE, Wabash, IN 46992-1808 |
| 15338002 | + | CENTER FOR VEIN RESTORATION, 330 NORTH WABASH AVENUE #340, Marion, IN 46952-2678 |
| 15338003 | | Conner Hobbs, 204 West Grant Street, La Fontaine, IN 46940-9251 |
| 15338004 | + | FORT WAYNE CARDIOVASULAR, 11108 PARVIEW CIRCLE DRIVE, Fort Wayne, IN 46845-1730 |
| 15356543 | + | FORT WAYNE PHYSICAL MEDICINE, 5750 COVENTRY LANE #101, FORT WAYNE, IN 46804-7166 |
| 15338005 | + | FORT WAYNE RADIOLOGY, 1851 SOUTH ALVERNO ROAD, Manitowoc, WI 54220-9208 |
| 15356544 | | GE MONEY BANK HH GREGG, HH GREGG, SOMERSET, NJ 08873 |
| 15338006 | + | LINCARE, PO BOX 690397, Orlando, FL 32869-0397 |
| 15356545 | + | LUTHERAN MUSCULOSKELETAL, 7952 WEST JEFFERSON BOULEVARD, FORT WAYNE, IN 46804-4140 |
| 15356546 | | MERCURY CARD/FB&T, 700 22ND AVENUE SOUTH, BROOKINGS, SD 57006 |
| 15338007 | + | PARKVIEW FIRST CARE, 1655 CASS STREET, Wabash, IN 46992-9416 |
| 15338008 | + | PARKVIEW HEALTH, PO BOX 5600, Fort Wayne, IN 46895-5600 |
| 15338009 | + | PARKVIEW HEALTH, PO BOX 10416, Des Moines, IA 50306-0416 |
| 15338010 | + | PARKVIEW HOSPITAL, 1355 MARINERS DRIVE, Warsaw, IN 46582-7145 |
| 15338011 | + | PARKVIEW PHYSICIANS GROUP, PO BOX 10416, Des Moines, IA 50306-0416 |
| 15338012 | + | PARKVIEW PHYSICIANS GROUP ANESTHESIA, 3810 NEW VISION DRIVE, Fort Wayne, IN 46845-1708 |
| 15338013 | + | PARKVIEW SPECIALTY PHUSICANS, 10 JOHN KISSINGER DRIVE, Wabash, IN 46992-1648 |
| 15338014 | + | PARKVIEW WABASH, 10 JOHN KISSINGER DRIVE, Wabash, IN 46992-1648 |
| 15338015 | + | PARKVIEW WABASH HOSPITAL, 10 JOHN KISSINGER DRIVE, Wabash, IN 46992-1648 |
| 15356547 | + | SYMCB/QVC, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 15356548 | + | WABASH COUNTY HOSPITAL, 10 JOHN KISSINGER DRIVE, WABASH, IN 46992-1648 |
| 15338016 | + | WBASH CITY COUNTY AMBULANCE SERVICE, 202 SOUTH WABASH STREET, Wabash, IN 46992-3132 |
| 15338296 | + | Wabash County Treasurer, Courthouse, One West Hill Street, Wabash IN 46992-3167 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: INDWDBankruptcy@dwd.IN.gov | | Indiana Employment Security Division, 10 North Senate Street, Indianapolis, IN 46204 |
| | | | Mar 26 2022 00:13:00 | |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| | | | Mar 26 2022 00:10:42 | |
| 15356540 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | CAPITAL ONE BANK USA NA, 10700 CAPITAL ONE WAY, RICHARD, VA 23060-9243 |
| | | | Mar 26 2022 00:10:47 | |
| 15356541 | + | Email/Text: LEGAL@COMWIDE.COM | | COMMUNITY WIDE FEDERAL CREDIT UNION, 1555 WESTERN AVENUE, SOUTH BEND, IN 46619-3742 |
| | | | Mar 26 2022 00:13:00 | |
| 15356542 | + | Email/PDF: creditonebknotifications@resurgent.com | | CREDIT ONE BANK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| | | | Mar 26 2022 00:10:43 | |
| 15346481 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | Capital One Auto Finance,, a division of Capital |
| | | | Mar 26 2022 00:10:47 | |

District/off: 0755-3                                    User: admin                                    Page 2 of 3
Date Rcvd: Mar 25, 2022                          Form ID: pdf004                             Total Noticed: 38

| | | | |
|---|---|---|---|
| | | | One, N.A. Dept, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15338001 | + Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | Mar 26 2022 00:10:47 | Capital One Auto Finance,, a division of Capital One, N.A. Dept, AIS Portfolio Services, LP, Account: XXXXXXXXX8378, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15344316 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Mar 26 2022 00:10:38 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15338297 | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | | |
| | | Mar 26 2022 00:13:00 | Indiana Department of Revenue, Bankruptcy Section - MS 108, 100 North Senate Avenue, N240, Indianapolis IN 46204 |
| 15338298 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Mar 26 2022 00:13:00 | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 15361610 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 26 2022 00:10:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 15358787 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 26 2022 00:10:44 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15362069 | + Email/Text: bankruptcy@gopfs.com | | |
| | | Mar 26 2022 00:13:00 | Prestige Financial Services, PO BOX 26707, Salt Lake City, UT 84126-0707 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Financial, c/o AIS Portfolio Services, LP |
| cr | | Synchrony Bank, c/o PRA Receivables Management, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2022                    Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anita K. Gloyeski | |
| | on behalf of Debtor 1 Neil Dean Anderson anitagloyeski.gloyeskilaw@gmail.com |
| Debra L. Miller | |
| | dmecf@trustee13.com |
| Nancy J. Gargula | |

District/off: 0755-3                       User: admin                              Page 3 of 3
Date Rcvd: Mar 25, 2022                    Form ID: pdf004                          Total Noticed: 38

                        USTPRegion10.SO.ECF@usdoj.gov

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:                                    CASE NUMBER: 21-31649
NEIL DEAN ANDERSON                                   CHAPTER 13
Debtor

<u>SPECIAL ORDER CONFIRMING CHAPTER 13 PLAN</u>

At South Bend, Indiana on    March 25, 2022

On December 14, 2021, Neil Anderson, by counsel, filed the Chapter 13 Plan ("Plan").

Based on the certificate of service filed with the Plan, the Court finds that the Trustee timely served a copy of the Plan and a copy of this Court's Order fixing the last date to object to confirmation upon all creditors and parties in interest listed on the matrix.

Trustee Debra L. Miller was the only party in interest who timely filed an objection to confirmation of the Debtor's Plan. On March 3, 2022, the Court held a hearing on confirmation of the Plan at which time Debra L. Miller, Trustee, advised the Court of an agreement that had been reached with the Debtor, thereby satisfying the Trustee's objections to confirmation.

Reviewing the Debtor's Plan and the terms of the parties' agreements, the Court concludes that the Plan, as modified, complies with all of the requirements of 11 U.S.C. §1325. The Court therefore confirms the Plan, as modified to provide that:

1. All priority claims will be paid as allowed unless otherwise defeated.

2. All property will remain vested in the estate until dismissal, discharge, or further Order from the Court.

3. In order to meet the best interests of creditors test, debtor shall pay all unsecured claims a pro rata minimum distribution of $7909.61 plus 95% of the 2021 nonexempt tax refunds.

21-31649 Anderson
Confirmation Order

4.  Debtor will provide their attorney and the Trustee a copy of the federal and state tax returns required under applicable law at the same time they file the return with the taxing authority to comply with 11 U.S.C. § 521(f)(1) and turn over the refunds due under the confirmed plan within 14 days of receipt of the refund.

5.  Debtor's payment shall increase to $602.00 per month for the remainder of the plan term.  The plan base shall be adjusted accordingly.

All other provisions of the Debtor's Plan not in conflict with the foregoing modifications remain in full force and effect.

The Court further orders that the Debtor's attorney is awarded a fee of $4,000.00 as an administrative expense under 11 U.S.C §503(b)(1)(A), of which $4,000.00 is due and payable from the estate.

APPROVED:

/s/Katherine E. Iskin
Katherine E. Iskin (33679-71),
Staff Attorney for Debra L. Miller
PO Box 11550
South Bend, IN  46634
(574) 254-1313

/s/Anita Gloyeski
Gloyeski Law Office
119 E. Center St. #B1
Warsaw, IN 46580
(574) 268-2900

SO ORDERED.

*Paul C. Singleton*

HON. PAUL E. SINGLETON, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT