UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:                                                      CASE NO. 21-31649
NEIL DEAN ANDERSON

                                                                  CHAPTER 13
      Debtor

TRUSTEE'S MOTION TO DISMISS

COMES NOW, Debra L. Miller, Trustee, and for her Motion to Dismiss, states:

1. This Bankruptcy was filed on December 14, 2021 and Confirmed on March 25, 2022.

2. Pursuant to the terms of the Confirmed Plan, Debtor will make payments of $425.00 each month, and will turn over 11.5/12ths of 2021 tax refunds, then refunds over $2,680.00 for the remaining life of the Plan.

3. Pursuant to the terms of the Special Order Confirming Chapter 13 Plan, the payment increased to $602.00 for the remainder of the Plan term.

4. Debtor's 2021 tax returns show a combined refund of $2,437.00, with $2,335.46 owed to the Estate, and include a pension and annuity taxable amount of $2,957.00.

5. To date, Trustee has not received the $2,335.46 owed from the 2021 refunds.

6. Trustee has requested, but not yet received, information on the total amount of the Pension/Annuity distribution received, when it was received, and exactly how it was spent.

7. Debtor's wage order was amended in March 2022 for the increased payment listed in the Special Confirmation Order.

8. The wage order has never remitted the increased amount, but Debtor is making supplemental payments direct, and payments are $2,659.70 delinquent, which does

include the 2021 refunds owed to the estate and not yet received.

9. Failure to turn over tax refunds owed is a material default on the terms of the confirmed Plan and failure to provide requested information creates unreasonable delay which is prejudicial to creditors, both of which constitute cause for dismissal pursuant to 11 U.S.C. §1307(c)(1) and 11 U.S.C. §1307(c)(6).

WHEREFORE, the Trustee moves, for the reasons stated above, that the bankruptcy be dismissed pursuant to 11 U.S.C. §1307(c)(1), 11 U.S.C. §1307(c)(6), and any other statute the Court deems appropriate.

Dated:   July 13, 2022

Respectfully Submitted,

/s/Debra L. Miller, Trustee
Debra L. Miller, Chapter 13 Trustee
PO Box 11550
South Bend, IN  46634
(574) 254-1313

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion was served as follows on    July 13, 2022

By U.S. Mail postage prepaid:
Debtor:  Neil Anderson, 170 Stitt Street, Wabash, IN  46992

By electronic mail via CM/ECF:
Debtor's Attorney:  Anita Gloyeski
U.S. Trustee:  ustregion10.so.efc@usdoj.gov

/s/ Debra L. Miller, Trustee

2