United States Bankruptcy Court
Northern District of Indiana

In re:                                                                                                  Case No. 21-31649-pes
Neil Dean Anderson                                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0755-3                             User: admin                                              Page 1 of 3
Date Rcvd: Jul 14, 2022                      Form ID: 134                                    Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Neil Dean Anderson, 170 Stitt Street, Wabash, IN 46992-1726 |
| 15356539 | + | AMERICAN HEALTH NETWORK, 2300 DUBOIS DRIVE, WARSAW, IN 46580-3213 |
| 15338000 | + | AMERICAN HEALTH NETWORK, 276 MANCHESTER AVENUE, Wabash, IN 46992-1808 |
| 15338002 | + | CENTER FOR VEIN RESTORATION, 330 NORTH WABASH AVENUE #340, Marion, IN 46952-2678 |
| 15338003 | + | Conner Hobbs, 204 West Grant Street, La Fontaine, IN 46940-9251 |
| 15338004 | + | FORT WAYNE CARDIOVASULAR, 11108 PARVIEW CIRCLE DRIVE, Fort Wayne, IN 46845-1730 |
| 15356543 | + | FORT WAYNE PHYSICAL MEDICINE, 5750 COVENTRY LANE #101, FORT WAYNE, IN 46804-7166 |
| 15338005 | + | FORT WAYNE RADIOLOGY, 1851 SOUTH ALVERNO ROAD, Manitowoc, WI 54220-9208 |
| 15356544 | | GE MONEY BANK HH GREGG, HH GREGG, SOMERSET, NJ 08873 |
| 15338006 | + | LINCARE, PO BOX 690397, Orlando, FL 32869-0397 |
| 15356545 | + | LUTHERAN MUSCULOSKELETAL, 7952 WEST JEFFERSON BOULEVARD, FORT WAYNE, IN 46804-4140 |
| 15356546 | | MERCURY CARD/FB&T, 700 22ND AVENUE SOUTH, BROOKINGS, SD 57006 |
| 15338007 | + | PARKVIEW FIRST CARE, 1655 CASS STREET, Wabash, IN 46992-9416 |
| 15338008 | + | PARKVIEW HEALTH, PO BOX 5600, Fort Wayne, IN 46895-5600 |
| 15338009 | + | PARKVIEW HEALTH, PO BOX 10416, Des Moines, IA 50306-0416 |
| 15338010 | + | PARKVIEW HOSPITAL, 1355 MARINERS DRIVE, Warsaw, IN 46582-7145 |
| 15338011 | + | PARKVIEW PHYSICIANS GROUP, PO BOX 10416, Des Moines, IA 50306-0416 |
| 15338012 | + | PARKVIEW PHYSICIANS GROUP ANESTHESIA, 3810 NEW VISION DRIVE, Fort Wayne, IN 46845-1708 |
| 15338013 | + | PARKVIEW SPECIALTY PHUSICANS, 10 JOHN KISSINGER DRIVE, Wabash, IN 46992-1648 |
| 15338014 | + | PARKVIEW WABASH, 10 JOHN KISSINGER DRIVE, Wabash, IN 46992-1648 |
| 15338015 | + | PARKVIEW WABASH HOSPITAL, 10 JOHN KISSINGER DRIVE, Wabash, IN 46992-1648 |
| 15356547 | + | SYMCB/QVC, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 15356548 | + | WABASH COUNTY HOSPITAL, 10 JOHN KISSINGER DRIVE, WABASH, IN 46992-1648 |
| 15338016 | + | WBASH CITY COUNTY AMBULANCE SERVICE, 202 SOUTH WABASH STREET, Wabash, IN 46992-3132 |
| 15338296 | + | Wabash County Treasurer, Courthouse, One West Hill Street, Wabash IN 46992-3167 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: INDWDBankruptcy@dwd.IN.gov | Jul 14 2022 23:58:00 | Indiana Employment Security Division, 10 North Senate Street, Indianapolis, IN 46204 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 15 2022 00:04:59 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15356540 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 15 2022 00:05:09 | CAPITAL ONE BANK USA NA, 10700 CAPITAL ONE WAY, RICHARD, VA 23060-9243 |
| 15356541 | + | Email/Text: LEGAL@COMWIDE.COM | Jul 14 2022 23:59:00 | COMMUNITY WIDE FEDERAL CREDIT UNION, 1555 WESTERN AVENUE, SOUTH BEND, IN 46619-3742 |
| 15356542 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 15 2022 00:05:05 | CREDIT ONE BANK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 15346481 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 15 2022 00:05:10 | Capital One Auto Finance,, a division of Capital |

| District/off: 0755-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: 134 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15338001 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 15 2022 00:05:05 | Capital One Auto Finance, a division of Capital One, N.A. Dept, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15344316 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 15 2022 00:05:00 | Capital One Auto Finance,, a division of Capital One, N.A. Dept, AIS Portfolio Services, LP, Account: XXXXXXXXX8378, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15338297 | | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Jul 14 2022 23:59:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15338298 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 14 2022 23:59:00 | Indiana Department of Revenue, Bankruptcy Section - MS 108, 100 North Senate Avenue, N240, Indianapolis IN 46204 |
| 15361610 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 15 2022 00:05:11 | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 15358787 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2022 00:05:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 15362069 | + | Email/Text: bankruptcy@gopfs.com | Jul 14 2022 23:59:00 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| | | | | Prestige Financial Services, PO BOX 26707, Salt Lake City, UT 84126-0707 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Financial, c/o AIS Portfolio Services, LP |
| cr | | Synchrony Bank, c/o PRA Receivables Management, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anita K. Gloyeski | on behalf of Debtor 1 Neil Dean Anderson anitagloyeski.gloyeskilaw@gmail.com |
| Debra L. Miller | dmecf@trustee13.com |
| Nancy J. Gargula | USTPRegion10.SO.ECF@usdoj.gov |

District/off: 0755-3 User: admin Page 3 of 3
Date Rcvd: Jul 14, 2022 Form ID: 134 Total Noticed: 38
TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## South Bend Division

In Re: Debtor(s) (name(s) and address)  )
Neil Dean Anderson  )
xxx−xx−2543  )
170 Stitt Street  ) Case Number: 21−31649−pes
Wabash, IN 46992  )
  )
  )
  )
  )
  ) Chapter: 13
  )
  )
  )
  )
  )
  )

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing will be held in Room 201 , 401 South Michigan Street, South Bend, Indiana, on August 25, 2022, at 11:00 a.m. South Bend time to consider and act upon the following: Trustee's Motion to Dismiss.

   A copy of the pleading is available for your inspection at the Office of the Clerk, United States Bankruptcy Court, 401 South Michigan Street, South Bend, Indiana.

   Pursuant to Northern District of Indiana Local Bankruptcy Rule B−9014−1(b), any party desiring to oppose the requested relief must file and serve an objection or other response thereto on or before August 18, 2022.

   No sworn testimony will be taken by the court on this issue on the date and time set herein. Therefore, the parties' counsel will not need to bring witnesses. Counsel, however, will be required to appear if they wish to contest the motion. If the matter cannot be resolved by the parties prior to or at the hearing scheduled herein, the court shall set the issue for an evidentiary hearing at a future date and time. The hearing may be continued from time to time by announcement in open court, without further written notice. The continued hearing date will be available through PACER, the court's electronic public access service, or through the public access terminals located in the Clerk's office.

   Dated: July 14, 2022

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court
401 South Michigan Street
South Bend, Indiana 46601

Document No. 48 − 47